**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBINA JAVAID and FAISAL JAVAID,

        Plaintiffs,

v.                                                            Case No.: 6:23-cv-206-WWB-LHP

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES and SECRETARY, US
DEPARTMENT OF STATE,

        Defendants.

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 7, 2023.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record